IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| DONALD MORROW, | ) | |
| --- | --- | --- |
| Plaintiff | ) | |
| v. | ) | NO. 3-16-cv-1953 |
| | ) | JUDGE TRAUGER |
| COMMUNITY HEALTH SYSTEMS, INC., et al. | ) | |
| Defendants | ) | |

**ORDER**

Pending before the court is Community Health Systems, Inc.'s Motion to Dismiss First Amended Complaint or, in the Alternative, to Compel Arbitration (Docket No. 74). Plaintiff has filed a brief in opposition to the Motion (Docket No. 78), and CHS has filed a Reply (Docket No. 80) and supplemental authority (Docket No. 81). For the reasons stated in the accompanying Memorandum, CHS' Motion to Dismiss is GRANTED in part and DENIED in part. Plaintiff's claims for breach of contract, intentional interference with contractual relations, and civil conspiracy against CHS are DISMISSED. CHS' Motion to Compel Arbitration is DENIED as moot.

Plaintiff's remaining unjust enrichment claim against CHS and claims against the other Defendants will go forward. The initial case management conference is RESET before Judge Trauger on November 2, 2017 at 3:00 p.m.

IT IS SO ORDERED.

ENTER this 17th day of October 2017.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE