IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONALD MORROW, | ) |
|     Plaintiff | ) |
| v. | ) NO. 3-16-cv-1953 |
| | ) JUDGE TRAUGER |
| COMMUNITY HEALTH SYSTEMS, INC., et al. | ) |
|     Defendants | ) |

**ORDER**

Pending before the court is a Motion to Dismiss First Amended Class Action Complaint (Docket No. 86), filed by Defendants CHSPSC, LLC, Professional Account Services, Inc. and CHS/Community Health Systems, Inc. For the reasons stated in the accompanying Memorandum, Defendants' Motion will be **GRANTED in part and DENIED in part**.

Plaintiff's claims for breach of contract, intentional interference with contractual relations, and civil conspiracy against Defendants CHSPSC, LLC, Professional Account Services, Inc. and CHS/Community Health Systems, Inc. are **DISMISSED**.

IT IS SO ORDERED.

ENTER this 11th day of December 2017.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE