UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONALD MORROW, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.,<br><br>    Defendants. | Case No. 3:16-cv-1953<br><br>Judge Trauger<br><br>Magistrate Judge Frensley |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-styled action, through their undersigned counsel, hereby stipulate and consent to the dismissal of this action with prejudice. Each party shall bear its own costs and attorneys' fees.

                                                    Respectfully Submitted,

                                                    **NEAL & HARWELL, PLC**

                                                    By: /s/ Charles F. Barrett
                                                         Charles F. Barrett (#020627)
                                                         Philip N. Elbert (#009430)
                                                         Jeffrey A. Zager (#032451)
                                                1201 Demonbreun St., Suite 1000
                                                Nashville, TN 37203
                                                (615) 244-1713
                                                cbarrett@nealharwell.com
                                                pelbert@nealharwell.com
                                                jzager@nealharwell.com

                                                *Counsel for Plaintiff and*
                                                *the Proposed Class*

RILEY WARNOCK & JACOBSON, PLC

By: /s/ John Jacobson (w/ permission)
    John Jacobson (#14365)
    William Outhier (#15609)
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
jjacobson@rwjplc.com
wouthier@rwjplc.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served May 8, 2018 via the Court's ECF filing system on the following:

    John Jacobson
    William Outhier
    RILEY WARNOCK & JACOBSON
    1906 West End Avenue
    Nashville, TN 37203
    jjacobson@rwjplc.com
    wouthier@rwjplc.com
    (615) 320-3700

    /s/ Charles F. Barrett